TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
Assistant United States Attorney
Asset Forfeiture and Recovery Section
United States Courthouse, 11th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2569
Facsimile: (213) 894-6269
E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL FUNDS IN HANG SANG BANK ACCOUNT NUMBER 774528186883 AND SITUATED IN HONG KONG,

Defendant.

HONG ZENG and MARE DEY IMPORT AND EXPORT TRADING CO.,

Claimants.

Case No. 2:21-cv-03396-FMO(JCx)

**PLAINTIFF UNITED STATES OF AMERICA'S REPORT OF THE STATUS OF THE RELATED CRIMINAL CASE**

Pursuant to the Court's Order filed October 13, 2021, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the conclusion of a related criminal case entitled United States v. Lopez, Duran, Hong Zeng, et al., Case No. CR 20-00405-FMO in which claimant Hong Zeng is a defendant. The Court's Order instructed the government to file reports every ninety (90) days, commencing December 15, 2021, regarding the status of the related criminal case. Accordingly, the government is hereby submitting this report regarding the status of the related criminal case.

As reflected on the PACER docket sheet, defendant Erick Giovanny Garcia was sentenced on May 16, 2024 (ECF 299 and 300) while the case remains pending as to other criminal defendants [ECF 247-250 and 277-279]). Pursuant to the Court's Order filed October 13, 2021, the government will submit its next status report within 90 days of the filing of this status report (i.e., by December 11, 2026).

Dated: September 11, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney & Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section

/s/
VICTOR A. RODGERS
Assistant United States Attorney
Asset Forfeiture and Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA